**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Morley M. AZORSKY, Respondent.**

**No. 369 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 16, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 16th day of December, 1997, a Rule having been entered upon respondent by this Court on October 17, 1997, to show cause why he should not be disbarred and upon consideration of the responses filed, the Request for Compassion is denied and it is hereby

ORDERED that the Rule is made absolute, Morley M. Azorsky is disbarred from the Bar of this Commonwealth and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**In the Matter of Jay Stuart NEDELL.**

**No. 364 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 16, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 16th day of December, 1997, Jay Stuart Nedell having been disbarred from the practice of law in the State of Texas by Order of the District Court of Harris County, Texas, dated August 23, 1996; the said Jay Stuart Nedell having been directed on October 9, 1997, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Jay Stuart Nedell is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

**In the Matter of Joseph T. MARGRABIA, Jr.**

**No. 201 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 16, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 16th day of December, 1997, Joseph T. Margrabia, Jr., having been suspended from the practice of law in the State of New Jersey for a period of three months by Order of the Supreme Court of New Jersey dated July 11, 1997; the said Joseph T. Margrabia, Jr., having been directed on October 9, 1997, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and no response having been filed, it is

ORDERED that Joseph T. Margrabia, Jr., is suspended from the practice of law in this Commonwealth for a period of three months, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.